ACCEPTED
03-15-00490-CR
7730564
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 8:13:14 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00490-CR & 03-15-00491-CR

| | | |
|---|---|---|
| ERNEST PEREZ | ) | IN COURT OF APPEALS |
| V. | ) | FOR THE THIRD |
| THE STATE OF TEXAS | ) | JUDICIAL DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 8:13:14 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION TO EXTEND TIME FOR FILING BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Ernest Perez, Appellant, through counsel, Ken Mahaffey, and respectfully moves to extend the time for filing the Appellant's Brief in the above styled and numbered cause. In support thereof, Appellant would show the Court the following:

1. **JUDGMENT OF CONVICTION**. The judgment being appealed was imposed in the 274th District Court of Hays County on July 6, 2015. Appellant was convicted of Unlawful Possession of a Firearm by a Felon and Possession of Methamphetamine more than 4 grams but less than 200 grams.

2. **APPELLANT IN CUSTODY**. Appellant was sentenced to 30 years and is currently serving that sentence.

3. **DATE BRIEF DUE**. Appellant's brief is due on November 9, 2015.

4. **FIRST MOTION FOR EXTENSION**. This is the first motion for extension of time to file a brief filed by either party.

Page 1

5. **REASON FOR EXTENSION**. Counsel has been required to work on other appellate matters during the last thirty days. These are identified as follows:

a. Preparation of Motion for Rehearing in *Arteaga v. State,* No. 13-13-00612-CR & 13-13-00613-CR;
b. Preparation of a Petition for Discretionary Review in *Manuel v. State*, 01-14-00107-CR.

6. **DURATION OF EXTENSION SOUGHT**. Appellant respectfully requests this Court grant an extension of time for thirty (30) days to file its brief in this cause.

7. **EXTENSION REASONABLE**.  An extension of time would be reasonable because it will facilitate the proper research and briefing of the issues in this cause.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully moves to extend the time for filing the Appellant's Brief in this cause by thirty (30) days.

Respectfully Submitted,

Ken Mahaffey
Counsel for Appellant
P.O. Box 684585
Austin, Texas 78768
(512) 444-6557
St. Bar. No. 12830050
*Ken_Mahaffey@yahoo.com*

## CERTIFICATE OF SERVICE

The above signature certifies that on November 6, 2015, this document was sent by electronic service to the Hays County D.A.'s Office and by mail to Ernest Perez, 02016895, 295 I.H. 45 North, Huntsville, TX 77320-8443.